UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CELIA WEINBERG ASBERRY

VERSUS

CIVIL ACTION

NO. 11-715-SDD-SCR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated June 3, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, under sentence four of 42 U.S.C. § 405(g), the final decision of Commissioner of Social Security, Michael J. Astrue, denying the application of Plaintiff, Celia Weinberg Asberry, for disability insurance benefits is affirmed, and this action shall be dismissed.

Baton Rouge, Louisiana, July 1, 2013.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA